SMALLARC, INC.
c/o Ashwani Verma
22 MERIDIAN RD
SUITE 19
EDISON, NJ 08820

**U.S. Department of Labor**      **Employment and Training Administration**
Office of Foreign Labor Certification
Atlanta National Processing Center
Harris Tower
233 Peachtree Street, Suite 410
Atlanta, GA 30303

**MEMORANDUM**

DATE:      October 17, 2011

TO:        Board of Alien Labor Certification Appeals
           U.S. Department of Labor
           800 K Street, NW Suite 400-N
           Washington, D.C. 20001-8002

FROM:      Atlanta National Processing Center Certifying Officer

SUBJECT:   Foreign Labor Certification Appeal for
           SMALLARC, INC., *Employer*
           On behalf of VANI MAHOBIA, *Alien Beneficiary*
           ETA Case Number: A-09170-51262

Enclosed is a copy of the referenced permanent labor certification application file, which is forwarded for your review in accordance with the regulations effective March 28th, 2005.

Enclosure

CC: Aditya B. Surti; Associate Solicitor for Employment and Training

| | |  |
|---|---|---|
| **U.S. Department of Labor** | **Employment and Training Administration** | |

Office of Foreign Labor Certification
Atlanta National Processing Center
Harris Tower
233 Peachtree Street, Suite 410
Atlanta, GA 30303

October 17, 2011

SMALLARC, INC.
c/o Aditya B. Surti, Attorney
826 Newark Ave., 2nd Floor
Jersey City, NJ 07306

ETA Case Number: A-09170-51262
Alien's Name: VANI MAHOBIA
Occupation: Computer Software Programmer, 15-1031.00
Date of Acceptance for Processing: July 15, 2009

Dear SMALLARC, INC.

You have requested the Department of Labor (Department) reconsider the decision made on the above referenced Application for Permanent Employment Certification. The employer's request did not overcome the deficiency stated in the determination letter for the reason provided below.

The denial notification states the employer failed to adequately complete Section H.2, the city of the job opportunity, on the ETA Form 9089. Specifically, the employer indicates "Suite #19", in Section H.2 rather than the name of the city of the job opportunity. In its request for reconsideration, the employer states the error wasn't material to the application. It also states that an audit notification letter was never received to allow corrections on the application. However, in accordance with the Department's regulations at 20 CFR § 656.17(a) which state that employers who desire to apply for a labor certification must file a completed Department of Labor Application for Permanent Employment Certification. In addition, the Department's regulations at 20 CFR § 656.11(b) provide that "requests for modifications to an application will not be accepted for applications submitted after July 16, 2007." Since the employer's application was submitted after July 16, 2007, it cannot be modified. Therefore, the Office of Foreign Labor Certification Certifying Officer has determined this reason for denial as valid in accordance with the Department's regulations at 20 CFR § 656.17(a)

Based on the above, we are forwarding your case to the Board of Alien Labor Certification Appeals (BALCA) for administrative review. Procedures for this review process can be found in the Department's regulations at 20 CFR §§ 656.26 and 656.27. In accordance with the Department's regulations at 20 CFR § 656.24(e)(6), when a case is pending on appeal at BALCA, an employer cannot file a new application for the same foreign worker and job opportunity. If you wish to file a new application showing changed or corrected information, you will need to withdraw your appeal.

Sincerely,

Atlanta National Processing Center
Certifying Officer

CC: SMALLARC, INC.

Enclosure(s): Appeal File