**U.S. Department of Labor**   Board of Alien Labor Certification Appeals
800 K Street, NW, Suite 400-N
Washington, DC 20001-8002

(202) 693-7300
(202) 693-7365 (FAX)



Issue Date: 19 May 2014

BALCA Case No.: 2012-PER-00163
ETA Case No.:   A-09170-51262

*In the Matter of:*

**SMALLARC, INC.,**
          *Employer*

     *on behalf of*

**MAHOBIA, VANI,**
          *Alien.*

Certifying Officer:   Atlanta National Processing Center

Appearances:   Aditya B. Surti, Esquire
Jersey City, New Jersey
*For the Employer*

Gary M. Buff, Associate Solicitor
Office of the Solicitor
Division of Employment and Training Legal Services
Washington, D.C.
*For the Certifying Officer*

Before:   **Romero, Price, and Kennington**
Administrative Law Judges

## DECISION AND ORDER
## AFFIRMING DENIAL OF CERTIFICATION

This matter arises under Section 212(a)(5)(A) of the Immigration and Nationality Act, 8 U.S.C. §1182(a)(5)(A), and the "PERM" regulations found at Title 20, Part 656 of the Code of Federal Regulations (C.F.R.).

## BACKGROUND

On July 15, 2009, the Certifying Officer (CO) accepted for processing Employer's Application for Permanent Employment Certification (ETA Form 9089) for the position of "Programmer Analyst." (AF 22-31).[1] Section H.2 of the ETA Form 9089, which asks for the city where the job opportunity will be performed, stated "Suite #19." (AF 23).

On April 6, 2010, the CO denied Employer's application on the ground that Section H.2 of the ETA Form 9089 was incomplete. (AF 19-21). Employer requested reconsideration on April 10, 2010, arguing that this mistake was immaterial. (AF 2-18).

On October 17, 2011, the CO issued a letter of reconsideration. The CO determined Employer's request did not overcome the deficiencies stated in the determination letter. Therefore, the CO determined that the reason for denial was valid pursuant to 20 C.F.R. §§ 656.17(a) and 656.11(b) and thus forwarded the case to BALCA on October 17, 2011. (AF 1).

On January 18, 2012, BALCA issued a Notice of Docketing. Employer filed a Statement of Intent to Proceed on February 1, 2012, and a Statement of Position on March 1, 2012, arguing that the CO abused its discretion in denying the application based upon a typographical error.

## DISCUSSION

The PERM regulations require an employer seeking to apply for permanent labor certification on behalf of an alien to file an ETA Form 9089. 20 C.F.R. § 656.17(a). The regulations provide that incomplete applications will be denied. 20 C.F.R. § 656.17(a). Additionally, the regulations provide that once an application is filed, requests for modifications to the application will not be accepted. 20 C.F.R. § 656.11(b).

The burden is on the employer to ensure that it is submitting a complete application to the Certifying Officer. 20 C.F.R. § 656.2(b); *All Ohio Air Filter Sales & Service Co.*, 2009-PER-205 (April 7, 2010); *Alpine Store Inc.*, 2007-PER-40 (June 27, 2007).

Further, BALCA has held that the amendments to 20 C.F.R. § 656.24(g) following the *HealthAmerica* decision implemented the "no modification" provision found at 20 C.F.R. § 656.11(b), which provides that once an employer submits an ETA Form 9089, it may not amend the content attested to in the application. *See Techdemocracy*, 2009-PER-459 (Nov. 16, 2010); 20 C.F.R. § 656.11; *see also* 72 Fed. Reg. 27904, 27916 (May 17, 2007) ("To the extent the BALCA favored allowing the employer in *HealthAmerica* to present evidence that effectively changed the response to a question on the application, the BALCA's approach is inconsistent with the Department's objective and the NPRM proposal that applications cannot be changed or modified after submission.").

In the instant case, Section H.2 of the ETA Form 9089, which asks for the city where the job opportunity will be performed, stated "Suite #19." Employer argues it was not given the opportunity to amend its ETA Form 9089. However, 20 C.F.R. § 656.11(b) provides that once

---

[1] In this decision, AF is an abbreviation for Appeal File.

an application is filed, requests for modifications to the application will not be accepted. Accordingly, we affirm the CO's denial of labor certification.

## ORDER

**IT IS ORDERED** that the denial of labor certification in this matter is hereby **AFFIRMED**.

For the Panel:



Digitally signed by LEE J. ROMERO JR
DN: CN=LEE J. ROMERO JR,
OU=Administrative Law Judge, O=Office
of Administrative Law Judges,
L=Covington, S=LA, C=US
Location: Covington LA

**Lee J. Romero, Jr.**
Administrative Law Judge

**NOTICE OF OPPORTUNITY TO PETITION FOR REVIEW:** This Decision and Order will become the final decision of the Secretary unless within twenty days from the date of service a party petitions for review by the full Board. Such review is not favored and ordinarily will not be granted except (1) when full Board consideration is necessary to secure or maintain uniformity of its decisions, or (2) when the proceeding involves a question of exceptional importance. Petitions must be filed with:

Chief Docket Clerk
Office of Administrative Law Judges
Board of Alien Labor Certification Appeals
800 K Street, NW Suite 400
Washington, DC 20001-8002

Copies of the petition must also be served on other parties and should be accompanied by a written statement setting forth the date and manner of service. The petition shall specify the basis for requesting full Board review with supporting authority, if any, and shall not exceed five double-spaced pages. Responses, if any, shall be filed within ten days of service of the petition, and shall not exceed five double-spaced pages. Upon the granting of a petition the Board may order briefs.

## SERVICE SHEET

Case Name: MAHOBIA_VANI_v_SMALLARC_INC_

Case Number: **2012PER00163**

Document Title: **decision & order affirming denial of certification**

I hereby certify that a copy of the above-referenced document was sent to the following this 19th day of May, 2014:



Digitally signed by LISA MAHAFFEY
DN: CN=LISA MAHAFFEY, OU=LEGAL ASSISTANT, O=Office of Administrative Law Judges, L=Covington, S=LA, C=US
Location: Covington LA

**LISA MAHAFFEY**
LEGAL ASSISTANT

ADITYA B SURTI, ESQ.
826 NEWARK AVENUE, 2ND FLOOR
JERSEY CITY NJ 07306
　　　*{Hard Copy - Regular Mail}*

ASHWANI VERMA
SMALLARC, INC.
22 MERIDIAN ROAD, SUITE 19
EDISON NJ 08820
　　　*{Hard Copy - Regular Mail}*

Clarette H. Yen, Esq.
U.S. Department of Labor
Office of the Solicitor
Room N-2101, FPB
200 Constitution Avenue, N.W.
WASHINGTON DC 20210
　　　*{Hard Copy - Regular Mail}*

VANI MAHOBIA
620 PARKAIRE LANE, APT. 1200
CHARLOTTE NC 28217
　　　*{Hard Copy - Regular Mail}*

Administrator
Office of Foreign Labor Certification
U.S. Department of Labor/ETA
Room C-4312, FPB
200 Constitution Ave., N.W.
WASHINGTON DC 20210
　　　*{Hard Copy - Regular Mail}*

ALC Certification Officer
U. S. Department of Labor/ETA
Harris Tower
233 Peachtree Street
Suite 410
ATLANTA GA 30303
　　　*{Hard Copy - Regular Mail}*

Counsel for Litigation
Employment and Training Legal Services
Room N-2101, FPB
200 Constitution Ave., N. W.
WASHINGTON DC 20210
　　　*{Hard Copy - Regular Mail}*