OMB Approval
Expiration Date:

# Application for Permanent Employment Certification
## Form ETA 9089
### U.S. Department of Labor



Please read and review the filing instructions before completing this form. A copy of the instructions can be found at www.workforcesecurity.doleta.gov/foreign

## A. Refiling Instructions

| | |
|---|---|
| 1. Are you seeking to utilize the filing date from a previously submitted Application for Alien Employment Certification ( ETA 750)? | ☐ Yes  ☑ No |
| 1-A. If Yes, enter the previous filing date | |
| 1-B. Indicate the previous SWA or local office case number OR if not available, specify state where case was originally filed: | |

## B. Schedule A or Sheepherder Information

| | |
|---|---|
| 1. Is this application in support of a Schedule A or Sheepherder occupation? | ☐ Yes  ☑ No |
| If Yes, do NOT send this application to the Department of Labor. All applications in support of Schedule A or Sheepherder Occupations must be sent directly to the appropriate Department of Homeland Security Office. | |

## C. Employer Information ( Headquarters or main office)

| | | | |
|---|---|---|---|
| 1. Employer's name: SMALLARC, INC. | | | |
| 2. Address 1: 22 MERIDIAN RD | | | |
| Address 2: SUITE 19 | | | |
| 3. City: EDISON | State/Province: NJ | Country: UNITED STATES OF AMERICA | Postal code: 08820 |
| 4. Phone number: 732-662-4700 | | Extension | |
| 5. Number of employees: 12 | | 6. Year commenced business: 2000 | |
| 7. FEIN (Federal Employer Identification Number): 223750690 | | 8. NAICS code: 541511 | |
| 9. Is the employer a closely held corporation, partnership, or sole proprietorship in which the alien has an ownership interest, or is there a familial relationship between the owners, stockholders, partners, corporate officers, incorporators, and the alien? | | | ☐ Yes  ☑ No |

## D. Employer Contact Information (This section must be filled out. This information must be different from the agent or attorney information listed in Section E).

| | | | |
|---|---|---|---|
| 1. Contact's last name: Verma | First name: Ashwani | Middle initial | |
| 2. Address 1: 22 MERIDIAN RD | | | |
| Address 2: SUITE 19 | | | |
| 3. City: EDISON | State/Province: NJ | Country: UNITED STATES OF AMERICA | Postal code: 08820 |
| 4. Phone number: 732-662-4700 | | | |
| 5. E-mail address: ashwani@smallarc.com | | | |

### E. Agent or Attorney Information (If applicable)

1. Agent or attorney's last name | First name | Middle initial
2. Firm name
3. Firm EIN | 4. Phone Number
5. Address 1
   Address 2
6. City | State/Province | Country | Postal code
7. E-mail address

### F. Prevailing Wage Information (as provided by the State Workforce Agency)

1. Prevailing wage tracking number (if applicable)
   R200902130033
2. SOC/O*NET (OES) Code:
   15-1031.00
3. Occupation title
   Computer Software Programmer
4. Skill Level
   Level II
5. Prevailing wage
   $ 37.07
   Per: (Choose only one)
   [✓] Hour  [ ] Week  [ ] Bi-Weekly  [ ] Month  [ ] Year
6. Prevailing wage source (Choose only one)
   [✓] OES  [ ] CBA  [ ] Employer Conducted  [ ] DBA  [ ] SCA  [ ] Other

6-A If Other is indicated in question 6, specify:

7. Determination date
   02/18/2009
   Expiration date
   06/30/2009

### G. Wage Offer Information

1. Offered wage
   From: $ 37.07
   To: (Optional) $ 37.50
   Per: (Choose only one)
   [✓] Hour  [ ] Week  [ ] Bi-Weekly  [ ] Month  [ ] Year

### H. Job Opportunity Information (Where work will be performed)

1. Primary worksite (where work is to be performed) address 1
   SmallArc, Inc
   Address 2
   22 Meridian Road
2. City
   Suite# 19
   State
   NJ
   Postal code
   08820
3. Job title
   Programmer Analyst
4. Education: minimum level required:
   [ ] None  [ ] High School  [ ] Associate's  [ ] Bachelor's  [✓] Master's  [ ] Doctorate  [ ] Other

4-A. If Other is indicated in question 4, specify the education required:

4-B. Major field of study
   Master of Computer Application

5. Is training required in the job opportunity?
   [ ] Yes  [✓] No
   5-A. If Yes, number of months training required:

5-B. Indicate the field of training:

| | |
|---|---|
| 6. Is experience in the job offered required for the job? ☐ Yes ☑ No | 6 - A. If Yes, number of months experience required: |
| 7. Is there an alternate field of study that is acceptable ☑ Yes ☐ No | |
| 7-A. If Yes, specify the major field of study: Engineering, Science, Mathematics | |
| 8. Is there an alternate combination of education and experience that is acceptable? ☐ Yes ☑ No | |
| 8-A. If Yes, specify the alternate level of education required: ☐ None ☐ High School ☐ Associate's ☐ Bachelor's ☐ Master's ☐ Doctorate ☐ Other | |
| 8-B. If Other is indicated in question 8-A, Indicate the alternate level of education required: | |
| 8-C. If applicable, indicate the number of years experience acceptable in question 8: | |

## H. Job Opportunity Information (Where work will be performed)

| | |
|---|---|
| 9. Is a foreign educational equivalent acceptable? ☑ Yes ☐ No | |
| 10. Is experience in an alternate occupation acceptable? ☐ Yes ☑ No | 10-A. If Yes, number of months experience in alternate occupation required: |
| 10-B. Identify the job title of the acceptable alternate occupation: | |
| 11. Job duties - If submitting by mail, add attachment if necessary. job duties description must begin in this space. To develop, create and modify general computer application software or specialized utility programs. Analyse user need and develop software solutions. Design Software or customize software for client use with aim of optimizing operational efficiency. Analyze and design database within an application area | |
| 12. Are the job opportunity's requirements normal for the occupation? If the answer to this question is No, the employer must be prepared to provide documentation demonstrating that the job requirements are supported by business necessity. ☑ Yes ☐ No | |
| 13. Is knowledge of a foreign language required to perform the job duties? If the answer to this question is Yes, the employer must be prepared to provide documentation demonstrating that the language requirements are supported by business necessity. ☐ Yes ☑ No | |
| 14. Specific skills or other requirements - If submitting by mail, add attachment if necessary. Skills description must begin in this space Employer will accept application with suitable education and training with in-depth knowledge in ETL, Perl Scripts, Oracl, Sybase, DB2 SQL Servcer | |
| 15. Does this application involve a job opportunity that includes a combination of occupations? ☐ Yes ☑ No | |
| 16. Is the position identified in this application being offered to the alien identified in Section J? ☑ Yes ☐ No | |
| 17. Does the job require the alien to live on the employer's premises? ☐ Yes ☑ No | |
| 18. Is the application for a live-in household domestic service worker? ☐ Yes ☑ No | |
| 18-A. If Yes, have the employer and the alien executed the required employment contract and has the employer provided a copy of the contract to the alien? ☐ Yes ☐ No ☐ N/A | |

## I. Recruitment Information
### a. Occupation Type - All must complete this section.

| | |
|---|---|
| 1. Is this application for a **professional occupation**, other than a college or university teacher ? Professional occupations are those for which a bachelor's Degree (or equivalent) is normally required? | ☑ Yes ☐ No |

| | | |
|---|---|---|
| 2. Is this application for a college or university teacher?<br>If Yes, complete questions 2 - A and 2 -B below. | ☐ Yes | ☑ No |
| 2-A. Did you select the candidate using a competitive recruitment and selection process? | ☐ Yes ☐ No | ☐ N/A |
| 2-B. Did you use the basic recruitment process for professional occupations? | ☐ Yes ☐ No | ☐ N/A |

**b. Special Recruitment and Documentation Procedures for College and University Teachers – Complete only if the answer to question I.a.2-A is Yes.**

| | |
|---|---|
| 3. Date alien selected | |
| 4. Name and date of national professional journal in which advertisement was placed: | |
| 5. Specify additional recruitment information in this space. Add an attachment if necessary. | |

**c. c. Professional/Non-Professional Information - Complete this section unless your answers to questions I.a.1 is No and I.2-B is Yes**

| | | |
|---|---|---|
| 6. Start date for the SWA job order<br>04/16/2009 | 7. End date for the SWA job order<br>05/15/2009 | |
| 8. Is there a Sunday edition of the newspaper in the area of intended employment? | ☑ Yes | ☐ No |
| 9. Name of newspaper (of general circulation) in which the first advertisement was placed:<br>Star Ledger | | |
| 10. Date of first advertisement identified in question 9 :<br>05/10/2009 | | |
| 11. Name of newspaper or professional journal in (If applicable) which second advertisement was placed:<br>Star Ledger | Type:<br>☑ Newspaper | ☐ Journal |
| 12. Date of second newspaper advertisement or date of publication of journal identified in question 11<br>05/17/2009 | | |

---

**I. Recruitment Information Continued**

**d. d. Professional Recruitment Information - Complete if the answer to question I.a.1 is Yes or if the answer to I.a.2-B is Yes. Complete at least 3 of the items.**

| | |
|---|---|
| 13. Dates advertised at job fair<br>From:        To: | 14. Dates of on-campus recruiting<br>From:        To: |
| 15. Dates posted on employer website<br>From: 04/16/2009   To: 05/17/2009 | 16. Dates advertised with trade or professional organization<br>From:        To: |
| 17. Dates listed with job search web site<br>From: 05/10/2009   To: 06/09/2009 | 18. Dates listed with private employment firm<br>From:        To: |
| 19. Dates advertised with employee referral program<br>From: 04/16/2009   To: 05/17/2009 | 20. Dates advertised with campus placement office<br>From:        To: |
| 21. Dates advertised with local or ethnic newspaper<br>From:        To: | 22. Dates advertised with radio or TV ads<br>From:        To: |

**e. General Information – All must complete this section.**

| | | |
|---|---|---|
| 23. Has the employer received payment of any kind for the submission of this application ? | ☐ Yes | ☑ No |
| 23-A. If Yes, describe details of the payment including the amount, date and purpose of the payment: | | |
| 24. Has the bargaining representative for workers in the occupation in which the alien will be employed been provided with notice of this filing at least 30 days but not more than 180 days before the date the application is filed? | ☐ Yes ☐ No | ☑ N/A |
| 25. If there is no bargaining representative, has a notice of this filing been posted for 10 business days in a conspicuous location at the place of employment, ending at least 30 days before but not more than 180 days before the date the application is filed? | ☑ Yes ☐ No | ☐ N/A |
| 26. Has the employer had a layoff in the area of intended employment in the occupation involved in this application or in a related occupation within the six months immediately preceding the filing | ☐ Yes | ☑ No |

| | | |
|---|---|---|
| of this application? | | |
| 26-A. If Yes, were the laid off U.S. workers notified and considered for the job opportunity for which certification is sought? | | ☐ Yes  ☐ No  ☐ N/A |

## J. Alien Information (This section must be filled out. This information must be different from the agent or attorney information listed in Section E).

| 1. Alien's last name<br>MAHOBIA | First name<br>VANI | Full middle name |
|---|---|---|
| 2. Current address 1<br>620 PARKAIRE LANE | | |
| Address 2<br>APT #1200 | | |
| 3. City<br>CHARLOTTE | State/Province<br>NC | Country<br>UNITED STATES OF AMERICA | Postal code<br>28217 |
| 4. Phone number of current residence<br>704-780-1764 | | |
| 5. Country of citizenship<br>INDIA | 6. Country of birth<br>INDIA | |
| 7. Alien's date of birth<br>■ 1982 | 8. Class of admission<br>H-1B | |
| 9. Alien registration number (A#) | 10. Alien admission number (I-94)<br>36886354118 | |

## J. Alien Information Continued.

| 11. Education: highest level achieved relevant to the requested occupation:<br>☐ None  ☐ High School  ☐ Associate's  ☐ Bachelor's  ☑ Master's  ☐ Doctorate  ☐ Other |
|---|
| 11-A. If Other indicated in question 11, specify |
| 12. Specify major field(s) of study<br>MASTER IN COMPUTER APPLICATION |
| 13. Year relevant education completed<br>2005 |
| 14. Institution where relevant education specified in question 11 was received<br>PANDIT RAVISHANKAR SHUKLA UNIVERSITY |
| 15. Address 1 of conferring institution<br>AMANAKA G.E. ROAD |
| Address 2 |
| 16. City<br>RAIPUR, CHHATISGARH | State/Province | Country<br>INDIA | Postal code |
| 17. Did the alien complete the training required for the requested job opportunity, as indicated in question H.5? | ☐ Yes  ☐ No  ☑ N/A |
| 18. Does the alien have the experience as required for the requested job opportunity by question H.6? | ☐ Yes  ☐ No  ☑ N/A |
| 19. Does the alien possess the alternate combination of education and experience as indicated in question H.8? | ☐ Yes  ☑ No  ☐ N/A |
| 20. Does the alien have the experience in an alternate occupation specified in question H.10? | ☐ Yes  ☐ No  ☑ N/A |
| 21. Did the alien gain any of the qualifying experience with the employer in a position substantially comparable to the job opportunity requested? | ☐ Yes  ☑ No  ☐ N/A |
| 22. Did the employer pay for any of the alien's education or training necessary to satisfy any of the employer's job requirements for this position? | ☐ Yes  ☑ No |
| 23. Is the alien currently employed by the petitioning employer? | ☑ Yes  ☐ No |

## K. Alien Work Experience

List all jobs the alien has held during the past 3 years. Also list any other experience that qualifies the alien for the job opportunity for which the employer is seeking certification.

### Job 1

| | | |
|---|---|---|
| 1. | Employer name | SmallArc, Inc |
| 2. | Address 1 | 22 Meridian Road |
| | Address 2 | Suite# 19 |
| 3. | City: Edison | State/Province: NJ　　Country: UNITED STATES OF AMERICA　　Postal code: 08820 |
| 4. | Type of Business: IT Technology | 5. Job Title: Programmer Analyst |
| 6. | Start Date: 05/19/2008 | 7. End Date:　　　8. Number of hours worked per week: 40 |
| 9. | Job Details (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc. Include the phone number of the employer and the name of the alien's supervisor.) To develop, create and modify genearl computer application software or specialized utility programs. Analyse user need and develop software solutions. Design software or customize software for client use with aim of optimizing operational efficiency. Analyze and design database within an application area. Technology: ETL, Perl Script, Oracl, Sybase, DB2, SQL Serve, Teraddata. Supervisor. Ashwani Verma. PH 732-662-4700 | |

### Job 2

| | | |
|---|---|---|
| 1. | Employer name | Cognizant Technology Solutions |
| 2. | Address 1 | Plot# 26 Rajiv Gandhi Infotech Park, MIDC Hinjewadi |
| | Address 2 | |
| 3. | City: Pune, Maharashtra | State/Province:　　Country: INDIA　　Postal code: |
| 4. | Type of Business: Software Consultancy | 5. Job Title: Associate |
| 6. | Start Date: 01/16/2008 | 7. End Date: 05/05/2008　　8. Number of hours worked per week: 40 |
| 9. | Job Details (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc. Include the phone number of the employer and the name of the alien's supervisor.) To develop, create and modify genearl computer application software or specialized utility programs. Analyse user need and develop software solutions. Design software or customize software for client use with aim of optimizing operational efficiency. Analyze and design database within an application area. Technology: ETL, Perl Script, Oracl, Sybase, DB2, SQL Serve, Teraddata. Supervisor: Swapnil Deoras. PH 91-20-22931100/91-20-5652 1100 | |

### Job 3

| | | |
|---|---|---|
| 1. | Employer name | Infosys Technolog, Ltd |
| 2. | Address 1 | Plot# 1 Rajiv Gandhhi Infotech Park, Hinjawadi |
| | Address 2 | |
| 3. | City: Pune, Maharashtra | State/Province:　　Country: INDIA　　Postal code: |
| 4. | Type of Business: Software Consultancy | 5. Job Title: Software Engineer |
| 6. | Start Date: 09/26/2005 | 7. End Date: 01/07/2008　　8. Number of hours worked per week: 40 |
| 9. | Job Details (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc. Include the phone number of the employer and the name of the alien's supervisor.) To develop, create and modify genearl computer application software or specialized utility programs. Analyse user need and develop software solutions. Design software or customize software for client use with aim of optimizing operational efficiency. Analyze and design database within an application area. Technology: ETL, Perl Script, Oracl, Sybase, DB2, SQL Serve, Teraddata. Supervisor: Varun Dev Pandey. PH 91-20-22932800/01 | |

## L. Alien Declaration

**I declare under penalty of perjury that Sections J and K are true and correct.** I understand that to knowingly furnish false information in the preparetion of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by a fine or imprisonment up to five years or both under 18 U.S.C. 2, 1001. Other penalties apply as well to fraud or misuse of ETA immigration documents and to perjury with respect to such documents under 18 U.S.C. 1546 and 1621.

In addition, **I further declare** under penalty of perjury that I intend to accept the position offered in Section H of this application if a labor certification is approved and i am granted a visa or an adjustment of status based on this application.

1. Alien last name: MAHOBIA   First name: VANI   Full middle name:

## M. Declaration of Preparer

1. Was the application completed by the employer? If No, you must complete this section.   [✓] Yes  [ ] No

I hereby certify that I have prepared this application at the direct request of the employer listed in section C and that to the best of my knowledge the information contained herein is true and correct. I understand that to knowingly furnish false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by a fine, imprisonment up to five years or both under 18 U.S.C. 2 and 1001. Other penalties apply as well to fraud or misuse of ETA immigration documents and to perjury with respect to such documents under 18 U.S.C. 1546 and 1621.

2. Preparer's last name:
   First name:   Middle initial:
3. Title:
4. E-mail address:

## N. Employer Declaration

1. Last name: Verma
   First name: Ashwani   Middle initial:
2. Title: Director Technology/Sales

[Close Window]